In the Matter of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney.

---

* See App. Div. Rules, 2d Dept., rule 12.— [REP.

DIEDRICK G. GALE, Respondent.— Matter referred to Hon. Edward B. Thomas, official referee, to take evidence and report thereon with his opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.